

# NUMBER 13-21-00338-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

MARK STRAUSS ENTERPRISES, INC.,
D/B/A AUSTIN AUTO TRADERS,                                           Appellant,

v.

JONATHAN WASHBURN AND
AMELIA GOMEZ,                                                       Appellees.

### On appeal from the 200th District Court
### of Travis County, Texas.

## MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Benavides and Tijerina
### Memorandum Opinion by Justice Tijerina

This matter is before the Court on appellant's amended motion to dismiss.[1] On

March 10, 2022, the Court ordered this matter abated for mediation. Appellant now

---

[1] This case is before the Court on transfer from the Third Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

reports the ordered mediation was successful and settlement was reached on February 22, 2022.

The Court, having considered the amended motion, is of the opinion that the amended motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, this cause is reinstated, the amended motion to dismiss is granted, and the appeal is hereby dismissed. Costs will be taxed against the appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at appellant's request, no motion for rehearing will be entertained.

JAIME TIJERINA
Justice

Delivered and filed on the
26th day of May, 2022.